# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR414-144 |
| ) | |
| ASHTON WALLACE ) | |

## REPORT AND RECOMMENDATION

On July 3, 2014 the Court ordered a forensic psychological examination of defendant Ashton Wallace in accordance with 18 U.S.C. § 4241(a) and (b) to assess both his mental competency for trial and his criminal responsibility for the charged offense. (Doc. 32.) Pursuant to the Court's order, Wallace underwent a comprehensive psychological evaluation at the Metropolitan Correctional Center in Chicago, Illinois. His evaluators found that he is competent to stand trial and was sane at the time of the offense (in fact, he admitted that he had feigned symptoms of mental illness in an attempt to get his case dismissed). (Doc. 45.)

Both defendant and the government stipulate to the report's findings. (Doc. 51.) The Court concurs with the unrebutted findings in

the forensic report that the defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial and was not insane at the time he committed the offense. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this 15TH day of January, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA