IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) CASE NO. CR414-144
)
ASHTON WALLACE, )
)
    Defendant. )
_____)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 54), to which no objections have been filed. Accordingly, the Court **ADOPTS** the report and recommendation as its opinion in this case and Defendant is hereby found competent to stand trial pursuant to 18 § 4241.

SO ORDERED this 3RD day of March 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA